STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2001

at ___ o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  CR01 00090 HG |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | [18 U.S.C. §§ 922(g)(1), 922(g)(8), 922(g)(9), 924(e)(1), 26 U.S.C. § 5861(d)] |
| PETER ANDREW FELICIANO, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about November 5, 2000, in the District of Hawaii, PETER ANDREW FELICIANO, a person having at least three previous convictions for violent felonies committed at different times, to wit:

    1) Burglary in the First Degree, committed on August 8, 1968 at MDG Supply, Inc., d.b.a. Kula Super Market;

    2) Burglary in the First Degree, committed on December 11, 1968 at Shimoda Brothers, Ltd.;

    3)  Burglary in the Second Degree, committed on December 2, 1971 at the dwelling of Yaeko Hayase;

    4)  Burglary in the Second Degree, committed on November 29, 1976 at the dwelling of Danny Speas;

    5)  Burglary in the Second Degree, committed on December 1, 1976 at the dwelling of Charlotte Melrose;

    6)  Burglary in the Second Degree, committed on December 26, 1976 at the Haliimaile Super Market; knowingly possessed in and affecting commerce firearms and ammunition, to wit:

    1)  a Remington Model 870 pump action shotgun, .12 gauge, serial number S-720030-V;

    2)  30 rounds of .12 gauge shotgun ammunition;

    3)  a Colt Army Special Model revolver, .38 caliber, serial number 537723;

    4)  84 rounds of .38 caliber ammunition.

    All in violation of Title 18, United States Code, Sections 922(g)(1), and 924(e)(1).

## COUNT 2

The Grand Jury further charges:

On or about November 5, 2000, in the District of Hawaii, PETER ANDREW FELICIANO, a person who was subject to an Amended Protective Order issued by the Family Court of the Second Circuit in the State of Hawaii, in the case captioned Carol Feliciano v. Peter Feliciano, Jr., FC-DA No. 99-0422, after a hearing of which PETER ANDREW FELICIANO had received actual

notice and had an opportunity to participate, and which enjoined PETER ANDREW FELICIANO from being within, or passing within, 100 yards of any place where Carol Feliciano, an intimate partner, lives, and from visiting or entering the workplace of Carol Feliciano, at any time or place for any purpose, and further explicitly enjoined PETER ANDREW FELICIANO from threatening or physically abusing Carol Feliciano, knowingly possessed in and affecting commerce, firearms and ammunition, to wit:

    1) a Remington Model 870 pump action shotgun, .12 gauge, serial number S-720030-V;

    2) 30 rounds of .12 gauge shotgun ammunition;

    3) a Colt Army Special Model revolver, .38 caliber, serial number 537723;

    4) 84 rounds of .38 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(8).

## COUNT 3

The Grand Jury further charges:

On or about November 5, 2000, in the District of Hawaii, PETER ANDREW FELICIANO, a person who has been convicted of a misdemeanor crime of domestic violence, to wit, on May 17, 2000, in FC-CR 00-1-0175 in the Family Court of the Second Circuit, State of Hawaii, PETER ANDREW FELICIANO was convicted of:

    1) Terroristic Threatening in the Second Degree, a violation of Section 707-717 of the Hawaii Revised Statutes, for

threatening behavior directed against Carol Feliciano at approximately 16:40 on March 5, 2000 at 33 Kealaloa Avenue, Makawao, Hawaii;

    2) Violation of an Order of Protection, a violation of Section 586-11 of the Hawaii Revised Statutes, for threatening behavior directed against Carol Feliciano at approximately 16:40 on March 5, 2000 at 33 Kealaloa Avenue, Makawao, Hawaii;

    3) Terroristic Threatening in the Second Degree, a violation of Section 707-717 of the Hawaii Revised Statutes, for threatening Carol Feliciano over the telephone at approximately 18:40 on March 5, 2000;

    4) Violation of an Order of Protection, a violation of Section 586-11 of the Hawaii Revised Statutes, for threatening Carol Feliciano over the telephone at approximately 18:40 on March 5, 2000;

knowingly possessed in or affecting commerce firearms and ammunition, to wit:

    1) a Remington Model 870 pump action shotgun, .12 gauge, serial number S-720030-V;

    2) 30 rounds of .12 gauge shotgun ammunition;

    3) a Colt Army Special Model revolver, .38 caliber, serial number 537723;

    4) 84 rounds of .38 caliber ammunition.

    All in violation of Title 18, United States Code, Section 922(g)(9).

<u>COUNT 4</u>

The Grand Jury further charges:

On or about November 5, 2000, in the District of Hawaii, PETER ANDREW FELICIANO knowingly possessed in or affecting commerce a firearm, to wit, a Remington Model 870 pump action shotgun, .12 gauge, serial number S-720030-V, having a barrel length of less than 18 inches, and an overall length of less than 26 inches, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

DATED: March 14, 2001 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

<u>USA v. Peter Andrew Feliciano</u>
Indictment
Cr. No. _____