CC:USK
×6

AO 240 (1/94)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FILED '06 FEB 16 13:1 OUSDC

MAY 22 2006

at __ o'clock and ___ min ___ M
SUE BEITIA, CLERK

# United States District Court

DISTRICT OF _OREGON_

PETER ANDREW FELICIANO

Plaintiff

V.

Defendant
CHARLES A. DANIELS, Warden
FCI Sheridan, Oregon

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CV '06   225   ST

CASE NUMBER: CV06 229 ___

CV06 00286 HG KSC

CR-01-00090 HG

I, _Peter Andrew Feliciano_ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [✓] Yes   [ ] No   (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _Federal Correctional Institution, Sheridan, Oregon_

    Are you employed at the institution? _Yes_   Do you receive any payment from the institution? _Yes_

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [✓] Yes   [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment    [ ] Yes   [ ] No
    b. Rent payments, interest or dividends              [ ] Yes   [ ] No
    c. Pensions, annuities or life insurance payments    [ ] Yes   [ ] No
    d. Disability or workers compensation payments       [ ] Yes   [ ] No
    e. Gifts or inheritances                             [ ] Yes   [ ] No
    f. Any other sources                                 [ ] Yes   [ ] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive

1

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 88071022 | Current Institution: | Sheridan FCI |
| Inmate Name: | FELICIANO, PETER | Housing Unit: | UNIT 4 |
| Report Date: | 02/08/2006 | Living Quarters: | D03-206U |
| Report Time: | 11:16:33 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4084 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/1/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 2/8/2006 8:24:33 AM |
| Account Status: | Active |
| Phone Balance: | $0.01 |

### FRP Plan Information

**FRP Plan Type**    **Expected Amount    Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $44.13 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $44.13 |
| National 6 Months Deposits: | $476.38 |
| National 6 Months Withdrawals: | $434.31 |
| National 6 Months Avg Daily Balance: | $27.54 |
| Local Max. Balance - Prev. 30 Days: | $47.83 |
| Average Balance - Prev. 30 Days: | $16.48 |