IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER ANDREW FELICIANO, ) | CIVIL NO. 06-00286 HG-KSC |
| ) | CRIM. NO. 01-00090 HG |
| Petitioner, ) | |
| ) | **ORDER DENYING WITHOUT PREJUDICE** |
| vs. ) | **IN FORMA PAUPERIS APPLICATION** |
| ) | |
| CHARLES A. DANIELS, ) | |
| Warden FCI Sheridan, ) | |
| Oregon, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**ORDER DENYING WITHOUT PREJUDICE**
**IN FORMA PAUPERIS APPLICATION**

Petitioner Peter Andrew Feliciano, a federal prisoner incarcerated at the Federal Correctional Institution located in Sheridan, Oregon has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, construed as a petition pursuant to 28 U.S.C. § 2255, and an application to proceed in forma pauperis.

To proceed in forma pauperis on a motion under 28 U.S.C. § 2255, a petitioner must establish that he is indeed a pauper. To do so, a petitioner shall submit a sworn affidavit or declaration that includes a statement of all assets and that he is unable to pay the fees or security for the suit, and a certified copy of his prison account statement for the six months immediately preceding the filing of his petition, obtained from an authorized officer of the institution.  28 U.S.C. § 1915(a).

Petitioner has not filed the necessary documents.

Petitioner's affidavit is incomplete.  Petitioner has provided only the first page of the affidavit and failed to answer question 2a.  Petitioner has also provided a one-page, computer generated, account balance sheet, but has not provided a certified copy of his prison account statement.  See 28 U.S.C. § 1915(a)(2) ("A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined").

    Accordingly, Petitioner's motion to proceed in forma pauperis on his petition under 28 U.S.C. § 2255 is **DENIED WITHOUT PREJUDICE**.  The Clerk is directed to send Petitioner a blank in forma pauperis application.

    IT IS SO ORDERED.

    DATED:  Honolulu, Hawaii, June 8, 2006.



    /s/ Helen Gillmor
Chief United States District Judge

---

FELICIANO v. DANIELS; Civ. No. 06-00286 HG-KSC; Crim. No. 01-00090 HG; **ORDER DENYING WITHOUT PREJUDICE IN FORMA PAUPERIS APPLICATION**