IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
PETER ANDREW FELICIANO,          )   Crim. No. 01-00090 HG-01
                                 )   Civ. No. 16-cv-00281 HG-RLP
                                 )
           Petitioner,           )
                                 )
      vs.                        )
                                 )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
           Respondent.           )
_____)
```

**ORDER DIRECTING THE GOVERNMENT TO RESPOND TO PETITIONER PETER ANDREW FELICIANO'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (ECF NO. 52)**
**or, in the alternative,**
**DIRECTING THE PARTIES TO MEET AND CONFER**

On May 31, 2016, the Ninth Circuit Court of Appeals granted Petitioner Peter Andrew Feliciano authorization to file a second or successive Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("Section 2255 Motion"). (ECF Nos. 51, 52). The appellate court directed that Petitioner's 2255 Motion be deemed filed as of April 28, 2016. (ECF No. 51).

On July 12, 2016, Petitioner filed a Motion for a Ruling on the Merits. (ECF No. 57). On July 25, 2016, the Court issued a Minute Order ordering the Government to file a response on or before July 29, 2016. (ECF No. 58). The Government did not file a response.

In similar cases, the Government has (1) waived any previously raised procedural challenge to similar Section 2255 Motions and any defense based upon a stipulation in his plea agreement that he was an Armed Career Criminal under the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(e); and (2) conceded that, in light of Mathis v. United States, 135 S.Ct. 2243 (2016), Welch v. United States, 136 S.Ct. 1257 (2016), and Johnson v. United States, 135 S.Ct. 2551 (2015), if sentenced anew, Petitioner's prior burglary convictions would not be "violent felonies" under the ACCA.

The Government is ordered to respond as to whether it agrees that Petitioner's Section 2255 Motion should be granted, that Petitioner should no longer be classified as an Armed Career Criminal under the ACCA, and that Petitioner should be re-sentenced.  The Government is ordered to respond on or before 12:00 p.m., Friday, August 12, 2016, or in the alternative, if the Government agrees that Petitioner's Section 2255 Motion should be granted, the Parties are directed to meet and confer with each other and with the United States Probation Office to suggest a mutually agreeable path forward regarding re-sentencing.

If the Parties are not able to reach such agreement on or before 12:00 p.m., Monday, August 15, 2016, the Parties are directed to report that fact to the Court, and the Court will

issue a further Order.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 8, 2016.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge

Peter Andrew Feliciano v. United States of America, Criminal No. 01-00090 HG-01, Civil No. 16-00281 HG-RLP; **ORDER DIRECTING THE GOVERNMENT TO RESPOND TO PETITIONER PETER ANDREW FELICIANO'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY PERSON IN FEDERAL CUSTODY (ECF NO. 52) or, in the alternative, DIRECTING THE PARTIES TO MEET AND CONFER**